**Joel S. KUYKENDALL, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3320.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

Joel S. Kuykendall, pro se.

## ORDER

Order Vacated, See 2008 WL 565440.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**CIAS, INC., Plaintiff–Appellant,**

v.

**ALLIANCE GAMING CORPORATION and Bally Gaming, Inc., Defendants–Appellees.**

No. 2006–1342.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

Before NEWMAN, Circuit Judge, SCHALL, Circuit Judge, and MOORE, Circuit Judge.

## ORDER

A petition for rehearing having been filed by the Appellant,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on October 31, 2007.